UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.    CV 19-7637-SVW (KS)                         Date: November 4, 2019

Title    _Martin Ruiz Sanchez v. M.E. Spearman_

Present:  The Honorable:    Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  |  N/A  |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On September 4, 2019, Petitioner, a state prisoner proceeding _pro se,_ filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (the "Petition").  (Dkt. No. 1.)  In a September 16, 2019 Order, the Court recognized two defects in the Petition. (Dkt. No. 4.)  First, for three of Petitioner's claims, he did not indicate the legal and factual basis for his claims and, instead, wrote only "to be developed and exhausted."  (_See_ Petition at 5-6.)  Second, Petitioner indicated that some of his claims had not yet been exhausted, rendering the Petition "mixed" and subject to dismissal.  (_See id._)  The Court ordered Petitioner to file, no later than October 16, 2019, either a notice of voluntary dismissal of the three defective claims or a First Amended Petition correcting the errors.  (Dkt. No. 4.)

More than two weeks have now passed since Petitioner's October 16, 2019 deadline and Petitioner has neither filed a First Amended Petition nor a Notice of Voluntary Dismissal. Accordingly, the action is now subject to dismissal for failure to prosecute and comply with court orders.  Nevertheless, in the interests of justice, Petitioner is granted one final opportunity to amend the Petition to avoid dismissal.  Accordingly, **Petitioner is HEREBY ORDERED to show cause no later than November 25, 2019 why this action should not be dismissed.**  To discharge this Order, Petitioner must file, no later than the November 25, 2019 deadline, one of the following:

> **(1)** a First Amended Petition that both articulates the legal and factual basis for each claim raised and establishes that the exhaustion process is complete as to all claims raised;

**CIVIL MINUTES – GENERAL**

Case No.   CV 19-7637-SVW (KS)                                    Date: November 4, 2019

Title   _Martin Ruiz Sanchez v. M.E. Spearman_

**(2)** <u>both</u> a First Amended Petition that articulates the legal and factual basis for each claim raised <u>and</u>, if one or more of the claims are unexhausted, a request for a stay pursuant to _Rhines v. Weber_, 544 U.S. 269 (2005) that establishes _all three_ of the following:   (a) "good cause" for Petitioner's failure to exhaust all of his claims; (b) the unexhausted claims are "potentially meritorious;" and (c) Petitioner's failure to exhaust some of his claims is not due to "intentionally dilatory litigation tactics; **<u>OR</u>**

 **(3)** a signed document entitled "Notice of Voluntary Dismissal," in which Petitioner dismisses Grounds Three, Four, and Five pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Alternatively, if Petitioner no longer wishes to proceed with this action, he may file a signed document entitled "Notice of Voluntary Dismissal," which will result in the dismissal of the Petition in its entirety without prejudice.

**Petitioner's failure to timely comply with this Order <u>will</u> result in a recommendation of dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure and Local Rule 41-1.**

**IT IS SO ORDERED**.

                                                                                                       :

                                                        **Initials of Preparer**    gr