# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MARTIN RUIZ SANCHEZ, | ) NO. CV 19-7637-SVW (KS) |
|---|---|
| Petitioner, | ) |
| v. | ) JUDGMENT |
| M.E. SPEARMAN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: 1/28/20

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE